396 A.2d 814

Ardito, Appellant, v. Penn Central Transportation Company.

Argued October 23, 1978. Paul L. Hammer, for appellant; John J. Repcheck, for appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Order affirmed.

396 A.2d 815

Ball, et ux., et al., Appellants, v. General Motors Corporation et al.

Argued October 23, 1978. George W. Lamproplos, submitted a brief for appellants; John E. Hall, for appellees.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

OPINION PER CURIAM: Order affirmed. Petition to strike exhibits granted as to Exhibits A and B, and denied as to remaining exhibits.